Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Cody M. Weston, OSB No. 984290
CWeston@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMERICAN INDUSTRIES, INC., an Oregon corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>FOG CUTTER CAPITAL GROUP, INC., a Maryland corporation; FOG CAP DEVELOPMENT LLC, an Oregon limited liability company, FOG CAP ACCEPTANCE INC., a Delaware corporation; ANDREW A. WIEDERHORN, a California resident,<br><br>                Defendants. | No. 3:12-cv-00522-HU<br><br>**STIPULATION OF DISMISSAL** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff and defendants hereby stipulate that all of the parties' claims and counterclaims against each other are dismissed with prejudice and without costs or attorneys' fees to any party.  The parties additionally agree that in the event of an uncured Default as defined in their Settlement Agreement of

PAGE   1-    STIPULATION OF DISMISSAL

85135-0001/LEGAL25037462.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

October 26, 2012, this case may be re-opened and the Court will have jurisdiction over this matter and the parties for the sole purpose of entry of the Stipulated Judgment attached hereto as Exhibit A.

DATED: November 6, 2012

| **PERKINS COIE LLP** | **HITT HILLER MONFILS WILLIAMS LLP** |
|---|---|
| s/ Cody M. Weston | s/ James L. Hiller |
| Stephen F. English, OSB No. 730843<br>SEnglish@perkinscoie.com<br>Cody M. Weston, OSB No. 984290<br>CWeston@perkinscoie.com<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, OR 97209-4128<br>Telephone: 503.727.2000<br>Facsimile: 503.727.2222 | James L. Hiller, OSB No. 772220<br>jhiller@hittandhiller.com<br>411 SW Second Avenue, Suite 400<br>Portland, OR 97204<br>Telephone: 503.228.5973<br>Facsimile: 503.228.4250 |
| Attorneys for Plaintiff | Attorneys for Defendants |

PAGE 2- STIPULATION OF DISMISSAL

85135-0001/LEGAL25037462.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222