# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

**AMERICAN INDUSTRIES, INC.,** an Oregon corporation

                Plaintiff,

v.

**FOG CUTTER CAPITAL GROUP, INC.,** a Maryland corporation; **FOG CAP DEVELOPMENT LLC,** an Oregon limited liability company, **FOG CAP ACCEPTANCE INC.,** a Delaware corporation; **ANDREW A. WIEDERHORN,** a California resident,

                Defendants.

Case No.:12-cv-00522-HU

**STIPULATED JUDGMENT**

Based upon the stipulation of the parties, and there having been an uncured Default by defendants as set forth in their Settlement Agreement of October 26, 2012;

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff have judgment against defendants, and each of them, in the amount of [$1,800,000, less credit for all monthly payments made], with simple interest of 5% thereon from October 26, 2013 until paid, plus attorneys' fees and costs incurred in connection with executing upon this Stipulated Judgment.

DATED this ___ day of ___, 20___.

                                                      _____
                                                      DENNIS J. HUBEL
                                                      UNITED STATES MAGISTRATE JUDGE